AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00285 |
| Blake Patterson | ) Assigned To : Judge G. Michael Harvey |
|  | ) Assign. Date : 9/9/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Blake Patterson

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) (Entering or remaining in restricted buildings or grounds),
18 U.S.C. §§ 1752(a)(2) (Disorderly and disruptive conduct in a restricted building or grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly conduct on Capitol Building and Grounds),
40 U.S.C. § 5104(e)(2)(G) (Parading or demonstrating on Capitol Building and Grounds).

Date: 09/09/2024

*Issuing officer's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/9/2024, and the person was arrested on *(date)* 9/11/2024
at *(city and state)* Fort Wayne, IN.

Date: 9/11/2024

*Printed name and title*