UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | |
| BLAKE PATTERSON | ) | NO. 24-MJ-00285-GMH |
| | ) | |

**DEFENDANT'S NON-OPPOSITION TO DISMISSAL WITH PREJUDICE
AND REQUEST FOR EXPEDITED RULING**

NOW COMES Defendant BLAKE PATTERSON, through undersigned counsel, and states non-opposition to the Government's recently filed Motion to Dismiss with Prejudice [ECF 28].

This 22nd day of January, 2025.

Respectfully submitted,

SCROFANO LAW PC

BY: *[signature]*

Joseph A. Scrofano
Bar No: 994083
600 F Street NW
Suite 100
Washington, DC 20004
202-870-0889
jas@scrofanolaw.com
*Counsel for Blake Patterson*

1