## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**BLAKE PATTERSON, and**<br>**RYAN HOLDEN**<br><br>　　**Defendants.** | **Case No. 24-mj-00285-GMH** |

## ORDER

Pursuant to the motion filed by the United States, ECF 28, it is hereby ordered that the Motion to Dismiss the Complaint against all defendants pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge